IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-701-AP**

**TERA K. LEWANDOWSKI,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Application (Stipulated Motion) for Attorney Fees Under the Equal Access to Justice Act, (doc. #13), filed September 5, 2012, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$1655.37**.

Dated at Denver, Colorado, this 6th day of September, 2012.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT